**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Kirk Perman, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| UNUM Life Insurance Company of America, | ) ) | |
| | ) | Case No.  1:09-cv-018 |
| Defendant. | ) | |

Before the court is the Plaintiff's Motion for attorney P. Randall Noah to appear *pro hac vice* on his behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), Mr. Noah has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fee to the office of the Clerk.  Accordingly, the Plaintiff's motion (Docket No. 2) is **GRANTED**.  Attorney P. Randall Noah is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 14th day of April, 2009.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge