**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Kirk Perman, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 1:09-cv-018 |
| Unum Life Insurance Company of America, | ) ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation and Proposed Order for Dismissal" filed on July 16, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 7) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court